UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYGO, LLC, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>MISSION BEACH INDUSTRIES, LLC, a California corporation,<br><br>Defendant. | Case No.: 16cv2350 GPC(RBB)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |

On November 23, 2016, the Court held an early neutral evaluation conference in the above-entitled action. Settlement could not be reached in the case.

The Court discussed compliance with rule 26 of the Federal Rules of Civil Procedure and issues the following orders:

1. No objections were presented to initial disclosure under Federal Rule of Civil Procedure, rule 26(a)(1)(A-D). The parties are ordered to proceed with the initial disclosure process. Any objections to initial disclosure will be resolved as required by rule 26.

2. The rule 26(f) conference shall be completed on or before **November 30, 2016**.

3. No Discovery Plan is required.

4. The initial disclosures pursuant to rule 26(a)(1)(A-D) shall occur on or before **December 14, 2016**. Any motions addressing disputes related to initial disclosures shall be filed no later than thirty (30) days following the date the disclosures were due. The 30-day deadline will not be extended without a prior Court order; counsel cannot unilaterally extend the deadline. For example, ongoing meet-and-confer efforts or supplemental disclosures do not extend the deadline. **A failure to comply may bar the party from filing a corresponding motion.**

5. Counsel are ordered to participate in a telephonic attorneys-only settlement conference with United States Magistrate Judge Ruben B. Brooks on **March 1, 2017, at 8:00 a.m.** Counsel for Plaintiff is to initiate the call.

Plaintiff's(s') counsel shall serve a copy of this order on all parties that enter this case after the date of this order.

Failure of any counsel or party to comply with this order may result in sanctions.

IT IS SO ORDERED.

Dated: November 23, 2016

Hon. Ruben B. Brooks
United States Magistrate Judge

cc:
Judge Gonzalo P. Curiel
All Parties of Record